he operated the stolen vehicle or that he knew that he was operating the vehicle without the owner's consent.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b)

**ORDER**

PER CURIAM.

Johnnie E. Peete appeals from his convictions of second-degree murder, Section 565.021, RSMo.2000, and armed criminal action, Section 571.015. He contends that the trial court abused its discretion in rejecting a *Batson* challenge and that the trial court plainly erred by submitting a flawed verdict director to the jury. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent**

v.

**Johnnie J. PEETE, Appellant.**

**No. WD 62192.**

Missouri Court of Appeals,
Western District.

April 27, 2004.

Susan L. Hogan, Kansas City, MO, for Appellant.

Andrea K. Spillars, Jefferson City, MO, for Respondent.

Before: LOWENSTEIN, P.J., EDWIN H. SMITH and HOWARD, JJ.

**Michael MODDRELL, Appellant,**

v.

**Gary W. JONES, Ray Klinginsmith and Sid Osborn, Respondents.**

**No. WD 63062.**

Missouri Court of Appeals,
Western District.

April 27, 2004.

Seth Schumaker, Kirksville, for Appellant.

Scott Templeton, Kirksville, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, ROBERT G. ULRICH, Judge, and JAMES M. SMART, JR., Judge.